Exhibit 1

# 001 Love Fashion Live

2/17/26, 5:37 PM Amazon.com: Art Poster Abstract Colorful Oil Painting Dreamer's Vision - Kre8, Modern Print on Canvas Canvas Painting Posters A…




2/17/26, 5:38 PM Place Your Order - Amazon Checkout




**VA 2-467-111**



# 002 yangsuxiajingpin

2/3/26, 7:38 PM Amazon.com: Artist Kre8 Art Poster Color Oil Painting Room Aesthetic Wall Decoration Wall Art Picture Painting Poster Canvas Print …

amazon Deliver to OO Chicago 60604 | All | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Buy Again | Audible | Pet Supplies | Browsing History | Sell | Handmade | Subscribe & Save | Household, Health & Baby Care | Pharmacy | Gift Cards | Amazon Home | Automotive | Kindle Books | Baby

amazon business Break time bargains ▸

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

Ask Rufus

Is it easy to hang? | Can this be a gift? | Is the poster waterproof? | Ask something else

Artist Kre8 Art Poster Color Oil Painting Room Aesthetic Wall Decoration Wall Art Picture Painting Poster Canvas Print Posters Artworks Bedroom Living Room Decor 12x18inch(30x45cm)

Brand: generic

Search this page

$29.90

Price history

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 ~~$29.90~~ upon approval for Amazon Visa.

Size: 12x18inch(30x45cm)

12x18inch(30x45cm) | 08x12inch(20x30cm) | 16x24inch(40x60cm) | 20x30inch(50x75cm) | 24x36inch(60x90cm)

Color: Frame-style-39

- This canvas posters are framed and unframed to Choose.
- We pursue high quality canvas posters, which are better than paper posters.
- Ready to frame or can be hung on the wall using poster mounts, clips, push pins, or thumb tacks.
- This canvas wall art is the ideal gifts to your family and friends in birthday,wedding,anniversary,thanksgiving day and other festivals. Perfect decoration choice for living room,bedroom,office,hotel,bathroom,dining room,kitchen,bar etc.
- If you need a customized poster, It can also be ordered.

› See more product details

Report an issue with this product or seller

$29.90

$12.50 delivery **February 19 - March 2.** Details

Or fastest delivery **February 12 - 17.** Details

Deliver to OO - Chicago 60604

In stock

Usually ships within 3 to 4 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: yangsuxiajingpin

Returns: 30-day refund/replacement

Customer service: Amazon

See more

Add to List

American Civil War - Vintage Get...
$13.00

Sponsored

**Bundle these items**

This item: Artist Kre8 Art Poster | Sponsored Tofficu 30pcs Wall Clips for | Sponsored Frame It Easy 13 3/4 x 18 1/8

13 x 18

Total price: $106.06

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

2/3/26, 7:38 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to OO OO** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**OO, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Feb 19, 2026 - Mar 2, 2026**

Artist Kre8 Art Poster Color Oil Painting Room Aesthetic Wall Decoration Wall Art Picture Painting Poster Canvas Print Posters Artworks Bedroom Living Room Decor 12x18inch(30x45cm)

$29.90

Ships from yangsuxiajingpin

Sold by yangsuxiajingpin

1

Gift options not available

**Thursday, Feb 19 - Monday, Mar 2**
$12.50 Delivery

**Thursday, Feb 12 - Tuesday, Feb 17**
$23.50 Delivery

Place your order

**Order total: $45.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Congratulations OO, you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co

**Order total:**

# VA 2-467-229



# 003 zhongqingnumaoshangmaojingyingbu

2/3/26, 7:40 PM Amazon.com: LRefiozas Artist Kre8 Artwork Abstract Painting Poster - Colorful Contemporary Wall Art Print for Living Room Bedroo…

amazon Deliver to OO Chicago 60604 | All | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Buy Again | Audible | Pet Supplies | Browsing History | Sell | Handmade | Subscribe & Save | Household, Health & Baby Care | Pharmacy

amazon business Bite-sized snacks, big savings ▸

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

LRefiozas Artist Kre8 Artwork Abstract Painting Poster - Colorful Contemporary Wall Art Print for Living Room Bedroom Office Home Decor Modern Style (12)For Living Room Bedroom Painting 08x12inch(20x3

Visit the LRefiozas Store

Search this page

$14.99

Price history

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 ~~$14.99~~ upon approval for Amazon Visa.

Size: 08x12inch(20x30cm)

| 12x18inch(30x45cm) | 08x12inch(20x30cm) | 16x24inch(40x60cm) | 20x30inch(50x75cm) | 24x36inch(60x90cm) |
|---|---|---|---|---|
| $18.99 | $14.99 | $21.99 | $26.99 | $34.99 |

Color: Unframe-style

- Unframe-style; If you choose no frame, please note that our photos will only be rolled up. It will not appear on the frame. The image is the effect of installing the frame.
- Frame-style; we will install the picture on the wooden frame, please choose according to your needs
- The poster is printed on canvas which is one kind of best material for poster. It is waterproof,moisture proof and high tensile strength.The poster has rich printing color and fine texture.
- Perfect choice for bedroom, living room, guest room, meeting room, bathroom, dinning room, coffee bar, hallway, corridor, college dormitory, hotel, lounge, home and office decor.

$14.99

FREE delivery February 17 - 26. Details

Or fastest delivery February 6 - 9. Details

Deliver to OO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: zhongqingnumaoshangmaojingyingbu

Returns: 30-day refund/replacement

Customer service: Amazon

See more

Add to List



American Civil War - Vintage Get…

$13.00

2/3/26, 7:41 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to OO OO** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**OO, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Feb 17, 2026 - Feb 26, 2026**



LRefiozas Artist Kre8 Artwork Abstract Painting Poster - Colorful Contemporary Wall Art Print for Living Room Bedroom Office Home Decor Modern Style (12)For Living Room Bedroom Painting 08x12inch(20x3

**$14.99**

Ships from zhongqingnumaoshangmaojingyingbu

Sold by zhongqingnumaoshangmaojingyingbu

1

Gift options not available

(selected) **Tuesday, Feb 17 - Thursday, Feb 26** FREE Delivery

**Friday, Feb 6 - Monday, Feb 9** $9.10 Delivery

Place your order

**Order total: $16.53**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

**Congratulations OO, you are eligible for 30 days of Prime for $0!**

Try Prime free

By placing your order,… use.

Items:

Shipping & handling:

Estimated tax to be co…

**Order total:**

# VA 2-467-205



# 004 XULILOVE

2/11/26, 2:41 PM 2d flat 2d flat 1pc infinite abstract color - Temu

Free shipping > Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now >

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | Kre8 Abstract Canvas Wall Art | Hello, O O Orders & Account | Support | English

Home > Home & Kitchen > Wall Art > 2D Flat, 2D Flat, 1pc Kre8...



Fastest delivery: 5 BUSINESS DAYS 2D Flat, 2D Flat, 1pc Kre8 Infinite Destroyer Abstract Color Oil Painting | Frameless Modern Canvas Print Mural, 12X18 Inches, with Luminous Planets And Cosmic Design of Astronauts, for Living Room Bedroom Decoration

Sourced from >

~~$15.69~~ $3.46 77% OFF Pay $0.86 today

✓ Free shipping | ✓ $5.00 Credit for delay

Size: 12X18 Inch

Pre-order. Delivery: 5-11 business days

Qty 1 Added

This seller will be on vacation in 4 days. Add to cart now!

1 Added 12X18 Inch | Go to cart

Free shipping for this item >

Fastest delivery in 5 BUSINESS DAYS

Min. order value: $10.00 >

Safe payments · Secure privacy >

Order guarantee >

Free returns | Best price guarantee | $5.00 Credit for delay | Return if item damaged | 15-day no

Subtotal

$3.46

✓ Free shipping

$10.00 Min. to checkout

Go to cart

Select all (1)

$3.46

1

XULILOVE

6 Followers | 3.2K+ Sold | 3.5 ★

Follow | Shop all items (1.9K+)

Store joined Temu 1 year ago

Product details Save | Report issue >

| Frame Type | Theme | Style |
|---|---|---|
| Frameless | Space | Classic, Modern, Art Deco |

Season: Fall, Winter

Artwork Surface Material: Canvas

Wall Art Form: Wall hanging decor, Poster, Art Print

Recommended Room: Classroom, Home Office, Living Room

Indoor Outdoor Usage: Indoor

Item ID: CQ6192575 Copy

Origin: Fujian,China

Store Information >



2/11/26, 2:42 PM Temu | Checkout

Free shipping > Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now >

Return if item damaged >

Home > Checkout

✓ Free shipping Incredible

Shipping address Change address >

Oo Oo [redacted]

111 W Jackson Blvd

CHICAGO, IL 60604-3589, United States

Free shipping from Temu (3)



2D Flat, 2D Flat, 1pc Kre8 Infinite Destroyer Abstract Color Oil Painting | Frameless Modern Canvas Print Mural, 12X...

12X18 Inch

Qty: 3

~~$15.69~~

$3.46 -77%

This item's seller will be on vacation in 4 days

Pre-order. Delivery: 5-11 business days

Standard shipping: FREE, delivery: 5-11 business days, fastest delivery in 5 business days >

Payment methods

- Apple Pay
- Card
- PayPal
- Cash App Pay
- Klarna 4 interest-free payments of $2.86
- Venmo
- Google Pay
- PayPal Pay Later $30 order min. applies

Order summary

Enter coupon code | Apply

Apply coupon code >

Item(s) total: ~~$47.07~~

Item(s) discount: -$36.69

Subtotal:

Shipping:

Sales tax:

Order total:

Your order is covered by Temu's 200 guarantee. Get double the difference!

By submitting your order, you agree to our TERM including the mandatory arbitration provision th PRIVACY POLICY.

Donate to Trees for the Future

We invite you to donate $0.35 to fund a

Order and Pay (3)

Temu's Tree Planting Program

Temu and its users have donated funds to Tr Future to plant trees across sub-Saharan Afri

Never overpay with our Price Match Gua

With our Price Match policy, we'll match any found elsewhere, ensuring you can shop with never overpay.

Delivery guarantee

✓ $5.00 Credit for delay | ✓ Return if item d

✓ 15-day no update refund | ✓ 30-day no d

Learn more >

Temu protects your card information

**VA 2-467-133**

