**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kevin Vigil

Plaintiff,

v.

Case No.: 1:26−cv−12849
Honorable Sunil R. Harjani

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion for electronic service of process [11] is entered and continued. Upon review of the complaint, the Court sua sponte raises the proprietary of joinder of 4 defendants in this case. See, e.g., Estee Lauder Cosmetics Ltd. v. Schedule A, 334 F.R.D. 182 (N.D. Ill. 2020). By 11/4/2026, plaintiff shall file a supplemental memorandum addressing the propriety of joinder in light of the principles described in Estee Lauder. In the alternative, plaintiff has leave to file an amended complaint with a single defendant or a smaller subset of defendants along with its memorandum explaining specifically why each defendant is properly joined to all of the others. Estee Lauder, 334 F.R.D. at 189. The Court further advises Plaintiff that no motion for an ex parte temporary restraining order should be filed in this matter without counsel first evaluating whether a restraint of assets would capture more than sales from the allegedly infringing products. A court cannot impose an asset restraint "simply to establish a fund from which a later award of money damages can be satisfied." See Banister v. Firestone, No. 17 C 8940, 2018 WL 4224444, at *9 (N.D. Ill. Sept. 5, 2018); see also Wham−O Holding v. The Partnerships, 24 CV 12523, Dkt. 39 (N.D. Ill. Feb. 20, 2025). Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.